IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| **C.A.C., a minor child, by and through her father CALEB MICHAEL CLACK,**<br><br>*Plaintiff,*<br><br>v.<br><br>**WALTON COUNTY SCHOOL DISTRICT**<br><br>*Defendant.* | **CIVIL ACTION NO.**<br>**3:25-cv-00184-TES-CHW** |

## ORDER DISMISSING CASE

Pro se Plaintiff Caleb Michael Clack filed a Complaint on November 21, 2025, on behalf of his minor child C.A.C. [Doc. 1]. This Court ordered Plaintiff to show cause why his case should not be dismissed for lack of proper representation since parents can't bring a pro se action on their child's behalf in federal court. [Doc. 3]; *see also Dixit v. Fairnot*, No. 7:19-cv-194 (WLS), 2023 WL 4188095, at *4 (M.D. Ga. June 26, 2023), *reconsideration denied*, No. 7:19-cv-194 (WLS), 2023 WL 5075291 (M.D. Ga. July 14, 2023) ("parents who are not attorneys may not bring a pro se action on their child's behalf."). Plaintiff responded by asking the Court to appoint counsel, appoint a guardian ad litem, or give Plaintiff more time to find an attorney. [Doc. 6]. The Court denied Plaintiff's motion to appoint counsel or a guardian ad litem, but it gave Plaintiff until January 30, 2026, to find counsel, warning him that otherwise his case would be

dismissed. [Doc. 8]. The time for counsel to file an entry of appearance on behalf of Plaintiff or his child has passed. Plaintiff cannot continue to bring this case pro se on behalf of his minor child. Therefore, Plaintiff's case is **DISMISSED**. *See* Fed. R. Civ. P. 41(b). Defendant Walton County School District's Motion to Dismiss Complaint is **DENIED as moot**.

**SO ORDERED**, this 30th day of January, 2026.

*S/ Tilman E. Self, III*
**TILMAN E. SELF, III**
**UNITED STATES DISTRICT JUDGE**